UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 7:00CR00033-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| RICHARD DOUGLAS DANIELS, | ) | |

It now appearing to the court that the said Richard Douglas Daniels died on or about April 1, 2010. At which time a remaining liability existed in the amount of $2,884.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the ___29___ day of ___June___, 2012.

Terrence W. Boyle
U.S. District Court Judge